■ In the Matter of the Arbitration between NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, and WILLARD HOLBERT et al., Respondents.— Orders unanimously affirmed, with $10 costs, on the opinion of Mr. Justice BRINK at Special Term. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ. [39 Misc 2d 782, 786, 788.]

■ STATE PLASTERING CO., INC., Respondent, v. MASSACHUSETTS BONDING & INSURANCE COMPANY et al., Appellants.— Appeal from an order of the Supreme Court which granted summary judgment to the plaintiff, and from the judgment entered thereon. This appeal presents substantially the same situation as *Capitol Refrigeration Co.* v. *Massachusetts Bonding & Ins. Co.* (19 A D 2d 667) and summary judgment was properly granted. Judgment and order unanimously affirmed, with costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.